# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

127581
(52)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAVID T. SCOTT,
      Plaintiff-Appellee,

v

SC: 127581
COA: 248458
WCAC: 02-000404

ELECTRONIC DATA SYSTEMS
CORPORATION, and TRAVELERS
INDEMNITY COMPANY,
      Defendants-Appellants.

_____/

      On order of the Court, the motion for reconsideration of this Court's order of October 14, 2005, is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

l0221